```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 18646
    HOSEA B MATTHEWS SR
    DOROTHY MATTHEWS                            CHAPTER 13

                                                JUDGE: BRUCE W BLACK
            Debtor
    SSN XXX-XX-9428      SSN XXX-XX-6606
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 10/10/07 and confirmed on 12/27/07.

    2.  The case was converted to Chapter 7 after confirmation, 03/12/2009.

    3.  The Debtor paid a total of $   6925.00 .

    4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SANTANDER CONSUMER USA | SECURED VEHIC | 23873.00 | 1919.79 | 1084.18 |
| INTERNAL REVENUE SERVICE | PRIORITY | 1626.78 | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| AVENUE | UNSECURED | NOT FILED | .00 | .00 |
| VATIV RECOVERY SOLUTIONS | FILED LATE | .00 | .00 | .00 |
| CASHCALL INC | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | 374.87 | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 1589.22 | .00 | .00 |
| KCA FINANCIAL SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| ACCOUNTS RECOVERY BUREAU | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 311.04 | .00 | .00 |
| PHYSICIAN CARE SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 214.31 | .00 | .00 |
| WORLD FINANCIAL NETWORK | UNSECURED | 89.55 | .00 | .00 |
| ROBERT J SEMRAD & ASSOC | REIMBURSEMENT | 42.00 | .00 | 42.00 |
| SANTANDER CONSUMER USA | UNSECURED | 556.62 | .00 | .00 |
| VATIV RECOVERY SOLUTIONS | FILED LATE | .00 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

    Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 23873.00 | 1668.78 | 3135.61 | .00 | 28677.39 |
| PRINCIPAL PAID | 1084.18 | 42.00 | .00 | .00 | 1126.18 |
| INTEREST PAID | 1919.79 | .00 | .00 | .00 | 1919.79 |
| TOTAL PAID | 3003.97 | 42.00 | .00 | .00 | 3045.97 |

The Debtor's attorney, ROBERT J SEMRAD & ASSOC           , was allowed $   3500.00 and was paid $    3500.00 .

The Trustee received $     379.03 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/17/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE